| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND<br>JS-6 |

CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   **CV 08-4143-JFW (RCx)** | Date: May 6, 2009 |

Title:     Metro-Goldwyn-Mayer Studio, Inc. -v- Arik Rudich

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
                 None                                                                         None

**PROCEEDINGS (IN CHAMBERS):     ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDER**

Pursuant to the Court's Scheduling and Case Management Order ("CMO") filed on August 19, 2008, the parties were ordered to conduct a Settlement Conference on or before March 2, 2009.  The parties were also ordered to file a Pre-Trial Conference Order; Memo of Contentions of Fact and Law; Exhibit List & Exhibit Stipulation; Witness Lists & Summary of Witness Testimony; Status Report re: Settlement; Agreed Upon Set of Jury Instructions & Verdict Forms; and Joint Statement re: Disputed Instructions ("Pre-Trial Documents") by May 1, 2009.  The parties have violated the Court's Order by failing to conduct the required Settlement Conference and failing to file any Pre-Trial Documents.

As a result of the parties' violations of the Court's Order, this action is **DISMISSED without prejudice**.  See Federal Rule of Civil Procedure 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-988 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

The Clerk shall serve this Minute Order on all parties to the action.

Initials of Deputy Clerk   sr